FILED

NOV 27 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN THE MATTER OF THE UNITED STATES V. BROADUS JOHNSON | Case: 1:17-mc-03118<br>Assigned To   Howell, Beryl A.<br>Assign. Date : 11/27/2017<br>Description: Misc. |

## ORDER

This matter came to be heard on the United States' Motion for the Issuance of a Subpoena Pursuant to 28 U.S.C. §1783. After due consideration, this Court finds that:

1. Kimberly Pezzat is a national of the United States who is currently in a foreign country; and

2. Kimberly Pezzat's testimony is necessary in the interest of justice.

Therefore, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. The United States is authorized to issue a trial subpoena to Kimberly Pezzat directing her appearance before this Court on May 2, 2018 at 9:30am, and continuing until further order of the Court;

2. Service of the subpoena shall be effected in accordance with the provisions of the Federal Rules of Civil Procedure relating to service of process on a person in a foreign country; and

3. The United States shall pay for the travel and attendance expenses of Kimberly Pezzat and possibly her two children, which at the time of this Order are estimated to be $6,437.

Per Order,

_____
Deputy Clerk

ENTER:
*/s/ Beryl A. Howell/*
BERYL A. HOWELL
United States District Chief Judge

DATE:
*Nov. 27, 2017*

8

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

UNITED STATES

vs.   Case No. 2016CF2006843

BROADUS JOHNSON

To: KIMBERLY PEZZAT

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division Courtroom __310__ of the Superior Court of the District of Columbia, 500 Indiana Avenue, Washington, D.C., on the 05/02/2018, at 9:00am as a witness for THE GOVERNMENT

☒ and please bring **PROPER IDENTIFICATION AND SUBPOENA.**

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this 21 day of November, 2017.

| TIMOTHY BEIRNE | DISTRICT 3 (MPD) |
|---|---|
| Officer in Charge | District |

Lauren Bressack
Attorney for Government/Defendant

JAMES D. MCGINLEY, J D/L M. CIADR
CLERK OF THE COURT

Phone No. (202) 252-7822

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.  _____   _____
                                                                                                                Date                        Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS".

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| REMARKS | Signature of Title of Server |